**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 15CR1442-JLS |
| Plaintiff, | ) |
| | ) ORDER AND JUDGMENT DISMISSING |
| vs. | ) INDICTMENT AS TO DEFENDANT |
| | ) JEFFREY CRAIG THOMPSON ONLY |
| JEFFREY CRAIG THOMPSON (6), | ) |
| Defendant. | ) |
| | ) |

For good cause appearing, the Government's motion to dismiss without prejudice all charges filed against defendant Jeffrey Craig Thompson in 15CR1442-JLS is granted. Further, the federal arrest warrant for Jeffrey Craig Thompson issued on May 20, 2015 is recalled.

**SO ORDERED.**

Dated: March 15, 2016

Hon. Janis L. Sammartino
United States District Judge